UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
STEVEN SAMEDI,

                 Plaintiff,

    -against-

BROOKLYN EVENTS CENTER, LLC d/b/a
BARCLAYS CENTER, BROOKLYN SPORTS &
ENTERTAINMENT, ANSCHUTZ
ENTERTAINMENT GROUP, INC. and AEG
MANAGEMENT BROOKLYN, LLC

                 Defendants.
---------------------------------------------------------------x

Case No. 1:19-cv-03273
**STIPULATION OF DISMISSAL**

**WHEREAS**, Plaintiff Steven Samedi ("Plaintiff") and Defendants Brooklyn Events Center, LLC d/b/a Barclays Center, Brooklyn Sports & Entertainment, Anschutz Entertainment Group, Inc. and AEG Management Brooklyn, LLC (collectively, "Defendants") have amicably resolved their dispute;

**IT IS HEREBY STIPULATED**, by and between the undersigned attorneys for all parties, that, pursuant to Fed. R. Civ. P. 41(a)(1), the above-entitled action is hereby discontinued with prejudice against all Defendants by Plaintiff.

Dated: 2/28/20, 2020
New York, NY

VLADECK, RASKIN & CLARK, P.C.

_____
Jeremiah Iadevaia, Esq.
565 Fifth Avenue, 9th Floor
New York, NY 10017
(212) 403-7300
jiadevaia@vladeck.com
*Counsel for Plaintiff*

SHEPPARD, MULLIN, RICHTER & HAMPTON, LLP

_____
Jonathan Stoler, Esq.
30 Rockefeller Plaza
New York, NY 10112
(212) 653-8700
jstoler@sheppardmullin.com
*Counsel for Defendants*